UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

GEORGE SNIDER,                                  :
LINDA NIDER                                     :        CIVIL # 07-2428 _____ (RBK)
                          Plaintiff(s),         :
                                                :
      -vs-                                      :        **ORDER OF DISMISSAL**

THE TOWNSHIP OF WINSLOW,                        :
ET AL.                                          :
                          Defendant(s).         :

-------------------------------------------------------------------

      It having been reported to the Court that the above-captioned action has

been settled;

      It is on this   26th **Day of** January                    ,20 10 ;

      **ORDERED** that this action is hereby dismissed without costs and without

prejudice to the right, upon good cause shown, within 60 days, to reopen this action if the

settlement is not consummated.  The terms of the settlement agreement are incorporated herein

by reference and the Court shall retain jurisdiction over such agreement.

HON. ROBERT B. KUGLER,  U.S.D.J.

cc:  Hon. Karen M. Williams, U.S. Magistrate
     Albert J. Olizi, Jr., Esq.
     Michael O. Kassak, Esq.
     File